UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

b

SECTION P

| | |
|---|---|
| MANUEL DURAN ORTEGA | CIVIL ACTION 1:18-CV-00508 |
| VERSUS | JUDGE DRELL |
| U.S. DEPT. OF HOMELAND SECURITY, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Petitioner Ortega filed an Ex Parte Motion for Order to Show Cause to set a briefing schedule and request a hearing (Doc. 8). In a Supplemental and Amended Ex parte Motion for Order to show Cause (Doc. 9), Ortega acknowledged he and Respondents had agreed on a briefing schedule, but Ortega's requests for a hearing is opposed by Respondents.

Ortega's motion for a briefing schedule is moot, and a hearing is not necessary at this time. Therefore, Ortega's Ex Parte Motions (Docs. 8, 9) are DENIED. Ortega may re-urge his request for a hearing if circumstances change.

Respondents filed a Motion for Extension of Time to Answer (Doc. 10), and have since answered the petition. Therefore, that motion (Doc. 10) is GRANTED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this __11th__ day of July, 2018.

Joseph H.L. Perez-Montes
United States Magistrate Judge