UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MANUEL DURAN ORTEGA, | |
| *Petitioner*, | CASE NO. 1:18-cv-00508-DDD-JPM |
| v. | JUDGE: Dee D. Drell |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al. | |
| | MAGISTRATE JUDGE: |
| *Respondents*. | Joseph H.L. Perez-Montes |

## ORDER

The Court has reviewed Petitioner Manuel Duran Ortega's Consent Motion for an Extension of Time to File Objections and Memoranda of Law Related to Magistrate Judge's Report and Recommendation and Order (Doc. 21). The Motion is GRANTED. Petitioner shall be permitted up to and including **July 27, 2018** to file any objections to the undersigned's July 6, 2018 Report and Recommendation ("R & R") (Doc. 19) and to the July 11, 2018 Order denying Petitioner's Motions for an Order to Show Cause and for a Hearing (Doc. 20), as well as any memorandum of law related to a certificate of appealability as discussed in the R & R.

Ordered and signed this __17th__ day of July, 2018,

_____
Joseph H.L. Perez-Montes, United States Magistrate